AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 31C-AT-3181834 | Oct 17, 2019   3:30 PM | Richmond County Jail |

Inventory made in the presence of:
TFO Charles Kicklighter

Inventory of the property taken and name of any person(s) seized:

Screenshot captures of pictures contained in subject phone

*[Stamp: FILED U.S. DISTRICT COURT AUGUSTA DIV. 2019 OCT 22 PM 2:28 CLERK J. Hodge SO. DIST. OF GA.]*

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: Oct 22, 2019

Executing officer's signature

Tripp Godbee, FBI
Printed name and title

AO 93 (Rev. 12/09) Search and Seizure Warrant

## UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2019 OCT 10 PM 4:13
CLERK _Burton_
SO. DIST. OF GA.

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 1:19mj 055
A Samsung Silver Cellular Telephone SM-J327P Bearing )
HEX number: 35910208277473 )
DEC number: 089869568802585715 )

### SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Southern     District of     Georgia
*(identify the person or describe the property to be searched and give its location)*:
A Samsung Silver Cellular Telephone SM-J327P Bearing HEX number: 35910208277473
DEC number: 089869568802585715 located at Richmond County Sheriff's Office, 400 Walton Way, Augusta 30901

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before     10/24/2019
                                                                                                        *(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Brian K. Epps                                    .
                    *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                                                ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   10/10/2019, 4:07pm           _[signature]_
                                                                                            *Judge's signature*

City and state:   Augusta, Georgia           Brian K. Epps, United States Magistrate Judge
                                                                                *Printed name and title*

## ATTACHMENT A

The property to be searched is:

A Samsung Silver Cellular Telephone SM-J327P Bearing HEX number: 35910208277473
DEC number: 089869568802585715

hereinafter the "Device." The Device is currently located in Augusta, Georgia. Photographs of the device are included below.

1







This warrant authorizes the forensic examination of the Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

All records on the Device described in Attachment A that relate to violations of Title 18 U.S.C. § 2251 and involve TREYVON DEONDREZ MCBRIDE since December 2018 to September 2019, including:

1. Any photographs, film, video footage, audio recordings, books, magazines, or writings that pertain to prostitution, human trafficking or production of child pornography;

2. Any computer related documentation, computer documents or images that visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

3. Evidence of who used, owned, or controlled the computer(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, accounts of Internet Service Providers.

4. Any documents and records of financial accounts or transactions related to payment for or proceeds from or related to prostitution or escort services, including account statements, deposits, withdrawals, checks, debits, wire transfers, or other documents;

1

5. Any names and telephone numbers of persons suspected of being customers, and any contracts, logs or other written agreements concerning escort services or prostitution;

6. Electronic communications contained on electronic storage media that pertain to prostitution or child pornography;

7. Internet activity pertaining to prostitution or child pornography;

8. For any computer or storage medium whose seizure is authorized by this warrant (hereinafter the "Device"):

   a. evidence of who used, owned, or controlled the Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

   b. evidence of software that would allow others to control the Devices, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. evidence of the lack of such malicious software;

   d. evidence of the attachment to the Devices of other storage devices or similar containers for electronic evidence;

    e.  evidence of counter-forensic programs (and associated data) that are designed to eliminate data from the Devices;

    f.  evidence of the times the Devices was used;

    g.  passwords, encryption keys, and other access devices that may be necessary to access the Devices;

    h.  documentation and manuals that may be necessary to access the Devices or to conduct a forensic examination of the Devices;

    i.  records of or information about Internet Protocol addresses used by the Devices;

    j.  records of or information about the Devices' Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

    k.  contextual information necessary to understand the evidence described in this attachment.

9.    In order to search for the items described above that may be maintained in electronic media, law enforcement personnel are authorized to search, copy, image and seize the following items for off-site review:

    a.  any computer or storage medium capable of being used to commit, further or store evidence of the Specified Federal Offenses; and

      b.    any physical keys, encryption devices, dongles and similar physical items that are necessary to gain access to the computer or storage medium;

10. As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

11. The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

12. The term "storage medium" includes any physical object upon which computer data can be recorded. Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media

12. For purposes of authentication at trial, the Government is authorized to retain a digital copy of all seized information authorized by the Warrant for as long as is necessary for authentication purposes.